# EXHIBIT A

## Contract

*Tar Heel*

November 1, 2013

# CONTRACT PRICING
# RENEWAL

Pricing for the enclosed coverages shall be as follows:

| Janitorial | 5 Full Days | 6 Full Days | ± 1 Partial W/E Shift | ± 1 Full W/E Shift |
|------------|-------------|-------------|------------------------|---------------------|
| Labor | $19,539.00 | $23,467.00 | $1,305.00 | $2913.00 |
| Supplies | $307.00 | $439.00 | $19.00 | $27.00 |
| Equipment | $558.00 | $591.00 | $0.00 | $0.00 |
| | | | | |
| TOTAL | $20,404.00 | $24,497.00 | $1324.00 | $2,940.00 |

* Any additional plant shut down days shall result in a billing credit of $5,235.00 / day.

## PAYMENTS

Invoicing shall be on a **fifty-two (52) week per year** basis. Payment shall be due upon net 30 days.

Additional labor requirements for duties not specifically covered in this contract can be furnished by Dycos Services, Inc. at a rate of $13.00 per hour for labor and $16.00 per hour for supervision. Overtime hours could apply and will be charged accordingly.

The term of this contract and any amendments shall be for one (1) year from the effective date of this contract, with automatic renewal thereafter on a year to year basis unless otherwise noted.

**\*The effective starting date shall be:**    **November 25, 2013**

## APPROVALS

Dycos Services, Inc.

By: _____
Randy Dixon - President

Date: 11/18/13

The Smithfield Packing Company
Incorporated - Tar Heel, NC

By: _____

Date: 11/18/13

# CONTRACT PRICING

Pricing for the enclosed coverage's shall be as follows:  November 1,2013

| Dycos Staffing | 5 Full Days | +1 Full W/E Day | | |
|---|---|---|---|---|
| Pallet Wash | $6,279.00 | $1,231.00 | | |
| | | | | |
| Bailer Trash Dock | $1,851.00 | $363.00 | | |
| | | | | |
| Pallet Weighing | $2,510.00 | $618.00 | | |
| | | | | |
| | | | | |
| TOTAL | $ 10,640.00 | $2,212.00 | | |

## PAYMENTS

Invoicing shall be on a **fifty two (52) weeks per year basis**.  Payment shall be due upon net 30 day terms.

Our billing includes all deductions required by state and federal legislation, including employee's contributions for FICA taxes, providing unemployment and workers' compensation, liability insurance and fidelity bonding, as well as all other deductions and benefits paid to our temporary employees. Additionally, we cover all administration charges related to payroll, including preparation of W-2 forms at the end of the year. Dycos staffing, Inc. reserves the right to modify the pricing set forth in proportion to any legislative mandated or imposed by any agency of the state or federal government, new or increased cost which may be required by federal, state, or local law such as FICA, FUTA, State unemployment tax, and or government mandated benefits which increases Dycos Staffing, Inc. costs.

The term of this contract and any amendments shall be for one (1) year from the effective date of this contract, with automatic renewal thereafter on a year to year basis unless otherwise noted.

- **The effective starting date shall be: November 25, 2013**

*revised*

## APPROVALS

DYCOS STAFFING, INC.

By: _____
Randy Saxon- Vice President

Date: 11/18/13

SMITHFIELD PACKING,TARHEEL, N.C.

By: _____

Date: 11/18/13

**Dycos**
Dynamic Contract Services

*For all your Facility Cleaning and Staffing needs*

14

November 1, 2013

# TABLE OF CONTENTS

PAGE

I. GENERAL PROVISIONS ........................................... 2

II. EMPLOYEE BENEFITS ............................................ 7

III. FACILITY SURVEYS .............................................. 9

IV. JOB SPECIFICATIONS ........................................... 12

V. CONTRACT PRICING ............................................ 28

VI. SERVICES OFFERED ............................................ 29

1

# DYCOS SERVICES, INC.

# GENERAL PROVISIONS

# FOR

# THE SMITHFIELD PACKING COMPANY INCORPORATED "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

# GENERAL PROVISIONS

### A.    INSURANCE

Dycos Services, Inc. shall maintain, at its own expense, and will provide Smithfield Packing with insurance in accordance with the following limits:

| | |
|---|---|
| Workers Compensation | Statutory |
| Employer's Liability | $500,000 each accident |
| General Liability | $1 million each occurrence |
| | $2 million aggregate |

Each policy shall (i) be maintained with insurers with an A.M. Best rating of at least A-VIII and be reasonably acceptable to Company, (ii) provide that it cannot be cancelled or modified without thirty (30) days' advance written notice from the insurance company to Smithfield Packing, (iii) be primary and noncontributory to any insurance maintained by Smithfield Packing, (iv) name Smithfield Packing as an additional insured under the general liability policy. Original certificates of insurance evidencing such policies of insurance shall be delivered to Smithfield Packing prior to performing Services under this Agreement. Failure to deliver such certificates or failure of Smithfield Packing to demand such certificates shall not be considered a waiver or excuse performance under this provision. The liability of Dycos Services, Inc., as stated in the Agreement, is not limited by the scope or limits of any insurance policy or policies.

### B.    EQUIPMENT & SUPPLIES

Dycos Services, Inc. shall furnish all janitorial cleaning supplies and equipment necessary for contract compliance, with the exception of laundry room chemicals, any production cleaning chemicals and production department cleaning equipment. Smithfield shall furnish all paper products, hand soaps, liners, and deodorizers.

### C.    CANCELLATION

This contract may be terminated upon ninety (90) days written notification by either party. Dycos Services, Inc. reserves the right to terminate this contract for non-payment if Smithfield does not take corrective action within fifteen (15) days of notification of delinquency.

# GENERAL PROVISIONS

**D.**    **CONTRACT PRICING**

All pricing is computed based upon a fifty-two (52) week per year invoicing service to include any and all paid holidays and vacation scheduling as they apply to the Smithfield personnel. Both parties agree that our pricing shall be subject to negotiation in the event legislation is enacted by local, state or federal government which pertains to minimum wage, social security, unemployment insurance, worker's compensation insurance or government mandated benefits, which increases Dycos Services, Inc. cost. Any other revisions shall be negotiated on the contract anniversary date of each year.

**E.**    **FEES**

Dycos Services, Inc. reserves the right to charge one (1) percent interest per month on past due invoices.

Dycos Services, Inc. reserves the right to recover any attorneys costs associated with the collection of past due invoices.

**F.**    **WORK WEEK**

Dycos Services, Inc. shall provide services to Smithfield based on a five (5) day service with (6) and (7) day pricing.

**G.**    **RENEWAL**

The term of this contract and any amendments shall be for one (1) year from the effective date of the original contract, with automatic renewal thereafter on a year to year basis unless otherwise noted.

**H.**    **IDENTIFICATION**

All employees will be furnished with lab coats, gloves and hard hats by Smithfield.

**I.**    **THEFT OR DAMAGE**

Dycos Services, Inc. shall be responsible for any loss or damage to property (money, equipment, securities, merchandise) or interruption of business production due to USDA issued NR Citations if such loss or damage was caused by an employee of Dycos Services, Inc. while performing contracted cleaning services on the premises of Smithfield.

4

# GENERAL PROVISIONS

J.  **SAFETY PRECAUTIONS & TRAINING**

Dycos Services, Inc. shall be responsible for instructing its employees in appropriate safety measures as they apply by the requirements of Federal OSHA standards. Dycos Services, Inc. will supply MSDS sheets on all chemicals it furnishes and will conform to the guidelines of Smithfield. Dycos Services, Inc. will also receive USDA training requirements and procedures from Smithfield EHS Department.

K.  **EXTRA LABOR**

Additional labor requirements for duties not specifically covered in this contract can be furnished by Dycos Services, Inc. at a rate of $13.00 per hour for labor and $16.00 per hour for supervision. Overtime hours could apply and will be charged accordingly.

L.  **OFFICE & STORAGE**

Smithfield shall provide adequate office and storage space to Dycos Services, Inc. This office space should be equipped with a desk and telephone and suitable for employee functions. Smithfield shall provide adequate storage space for supplies and equipment.

M.  **STAFFING**

All employees hired by Dycos Services, Inc. with prior Smithfield experience, cannot be placed at the facility without prior written approval from management of Smithfield .

N.  **RETENTION**

In the event an employee of Dycos Services, Inc. is given consideration for a job at your location, we ask that a 30 day notification be submitted to Dycos Services, Inc. in order to fill the vacancy and meet the contract requirements.

O.  **EMPLOYEE TESTING**

Dycos Services, Inc. shall drug test each of its employees according to Dycos Services, Inc. Substance Abuse Policy.

5

# GENERAL PROVISIONS

**P.**   **QUALITY INSPECTIONS**

Dycos Services, Inc. will conduct quality inspections and issue these reports to the contract representative. These reports will include service problems, questions and/or comments by either party.

**Q.**   **INDEMNITY**

Dycos Services, Inc. shall indemnify and hold harmless Smithfield, and its Officers, directors, employees, agents and representatives, together with their successors and assigns, against any loss, liability, damage or claim (including reasonable attorney's fees and other expenses) that arises from or is related to (a) breach of any representation, warranty, agreement or covenant contained in this Agreement by Dycos Services, Inc. or any of its officers, directors, employees, agents or representatives, or (b) the negligence or misconduct of Dycos Services, Inc. or any of its officers, directors, employees, agents or representatives. . The obligations of this provision shall survive termination and/or expiration of the Agreement.

**R.**   **NR INCIDENTS**

Smithfield shall issue an immediate notification to the Dycos Services, Inc. District Manager in the event of a NR being issued, where Dycos Services, Inc. is the responsible party.

**S.**   **COMPLIANCE**

Dycos Services, Inc. shall comply with all applicable federal, state and local laws, rules and regulations that may be required to perform Services hereunder, including, without limitation, those regarding business permits and licenses

November 1, 2013

# DYCOS SERVICES, INC.

# EMPLOYEE BENEFITS

# FOR

# THE SMITHFIELD PACKING COMPANY
# INCORPORATED
# "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

7

# EMPLOYEE BENEFITS

Dycos Services, Inc. offers a benefit program to its employees that meet the criteria of being meaningful and cost efficient. We believe this package enhances our ability to attract and retain valuable employees, while reducing turnover.

## VACATION PAY

Full time employees will be eligible for one (1) week paid vacation after completing one (1) complete year as a full time employee.

## HOLIDAY PAY

Full time employees will be eligible for paid holidays after ninety (90) days of continuous full time employment. The paid holidays are: New Years Day, Independence Day, Labor Day, Thanksgiving Day and Christmas Day.

(Smithfield will not operate on four (4) additional holidays: 1) MLK Day, 2) Easter Monday, 3) Memorial Day and 4) Christmas Day.)

8

# DYCOS SERVICES, INC.

# FACILITY SURVEYS

# FOR

# THE SMITHFIELD PACKING COMPANY INCORPORATED "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

# FACILITY SURVEYS
# JANITORIAL

**Smithfield**
**Tar Heel**
**North Carolina**

| AREA | REST ROOMS | CANTEENS | ENTRANCES | STAIR WELLS |
|---|---|---|---|---|
| Front Offices | 2 | - | 2 | 2 |
| | | | | |
| Production Area | 17 | 2 | - | 4 |
| | | | | |
| Employment Office | 2 | 1 | 1 | - |
| | | | | |
| TOTAL | 21 | 3 | 3 | 6 |

10

# FACILITY SURVEYS
# JANITORIAL

**Smithfield**
**Tar Heel**
**North Carolina**

| AREA | CARPET | TILE | CERAMIC | CONCRETE | TOTAL |
|---|---|---|---|---|---|
| Front Offices | 4,520 | 8,238 | 4,743 | - | 17,501 |
| | | | | | |
| Production Areas | - | 21,519 | - | 54,495 | 76,014 |
| | | | | | |
| Employment Offices | 576 | 1,704 | 484 | - | 2,764 |
| | | | | | |
| Box Room | - | - | - | 92,681 | 92,681 |
| | | | | | |
| TOTALS | 5,096 | 31,461 | 5,227 | 147,176 | 188,960 |

11

November 1, 2013

# DYCOS SERVICES, INC.

# JOB SPECIFICATIONS

# FOR

# THE SMITHFIELD PACKING COMPANY INCORPORATED "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

12

# JOB SPECIFICATIONS

## GENERAL OFFICE CLEANING

### ONCE PER 24 HOURS:

- Clean counter tops

- Empty waste containers, maintaining clean liners

- Clean water fountains

### ONCE PER WEEK:

- Dust horizontal surfaces of desks, files, tables, etc. (Accessories are not to be moved by contractor employees)

- Dust wall mounted pictures and bric-a-brac

- Damp wipe and disinfect telephone

- Dust ledges, door jambs, and window sills

- Spot wash woodwork for fingerprints, smudges, etc.

- Spot wash interior windows, partitions and door glass

- Check for cobwebs and remove

### TWICE PER YEAR:

- Brush registers / vents

- Dust blinds

- Dust / wipe baseboards

13

# JOB SPECIFICATIONS

## MAIN OFFICES

### OFFICE RESTROOMS

### ONCE PER 24 HOURS:

- Empty waste containers and spot clean exterior
- Clean and sanitize sinks, commodes, urinals
- Clean and sanitize sanitary waste containers
- Restock tissue, towels, and hand soaps
- Clean and dry polish mirrors
- Spot wash partitions and walls around fixtures
- Clean supply pipes
- Sweep floor
- Mop floor

### ONCE PER WEEK:

- Dust partition tops
- Wash partitions

### ONCE PER MONTH:

- Wash walls
- Scrub floors
- Vacuum / brush registers / vents

14

# JOB SPECIFICATIONS

## MAIN OFFICES

### ENTRANCES & LOBBIES

### ONCE PER 24 HOURS:

- Wash door glass (interior and exterior)

- Spot clean door facings to remove fingerprints

- Dust furniture and ledges

- Empty waste containers

- Sweep floor

- Damp mop floor with degreaser

- Police 20 foot area outside of entrance ways

15

# JOB SPECIFICATIONS

## MAIN OFFICES

### FLOOR MAINTENANCE-TILED AREAS

### ONCE PER 24 HOURS:

- Sweep and / or dust mop floors

- Spot damp mop for spillages and tracking

### ONCE PER WEEK:

- Damp mop floors

- Buff floors

### TWICE PER YEAR:

- Top scrub and recoat tile floors

- Strip and re-wax tiled floors

### ON REQUEST:

- Any additional stripping and re-waxing of tile floors shall be done at the rate of $0.18 per square foot.

### FLOOR MAINTENANCE-CARPET

### ONCE PER 24 HOURS:

- Vacuum carpet

- Spot clean carpet

### ON REQUEST:

- Clean carpet at the rate of $ .15 per square foot.

16

# JOB SPECIFICATIONS

## PLANT OFFICES

### ONCE PER 24 HOURS:

- Empty trash containers, maintaining clean liners

- Clean door glass and partition glass

- Sweep and / or dust mop flooring (vacuum if carpeted)

- Spot mop floors for spillages

### ONCE PER WEEK:

- Dust horizontal surfaces of desks, files, tables, etc. (Accessories are not to be moved by contractor employees)

- Damp mop floors

### TWICE PER YEAR:

- Strip and re-wax tiled floors

- Brush registers / vents

- Dust / wipe baseboards

### UPON REQUEST:

- Any additional stripping and re-waxing of tile floors shall be done at the rate of $0.15 per square foot.

17

# JOB SPECIFICATIONS

## PLANT RESTROOMS

### ONCE PER EIGHT HOURS:  (CLEAN)

- Empty waste containers and spot clean exterior

- Clean and sanitize sinks, commodes, and urinals

- Clean and sanitize sanitary waste containers

- Restock tissue, towels and hand soaps

- Clean mirrors

- Wipe off trash can tops and sides

- Spot wash walls and partitions around fixtures

- Wipe off all dispensers

- Sweep floor

- Mop floor

### ONCE PER EIGHT HOURS:  (POLICE)

- Check tissue, towels, and hand soaps

- Pick up trash from floor

- Check trash containers

- Spot mop floor

- Spot wipe fixture surfaces

### ONCE PER WEEK:

- Dust partition tops

- Wash partitions

### ONCE PER QUARTER:

- G.I." clean restrooms

18

# JOB SPECIFICATIONS

## CANTEENS

### ONCE PER EIGHT HOURS:  (CLEAN)

- Spot clean glass

- Clean counter tops and table tops

- Clean interior and exterior of microwave ovens

- Clean sinks

- Damp wipe chairs

- Empty waste containers and spot clean

- Spot wash walls for fingerprints and smudges

- Sweep floors

- Mop floors

### ONCE PER EIGHT HOURS:  (POLICE)

- Pick up trash from floor and tables

- Check trash containers

- Spot mop floors

### ONCE PER MONTH:

- Wash waste containers

- Brush registers / vents

- Wash interior windows

19

# JOB SPECIFICATIONS

## STAIRWELLS

### ONCE PER 24 HOURS:

- Sweep steps and landings

- Spot mop steps and landings

### ONCE PER WEEK:

- Mop steps and landings

- Spot wash walls for fingerprints and smudges

- Wipe handrails

20

# CLEANING SPECIFICATIONS
## ALL ACTIVITIES ARE EXECUTED 3 SHIFTS PER DAY

### LAUNDRY ROOM

#### Job duties and benefits to Smithfield:

- Issue locker assignments to all Smithfield associates

- Perform regular cleaning and upkeep of Smithfield laundry equipment (washers and dryers)

- Distribution of supplies and inventory control

- Work with Smithfield's supervisors to maintain proper amount of inventory

- Report to Smithfield's supervisors any irregularities in inventory requests or requisitions

- Diligently pursue the reduction of inventory costs

- Dycos Services, Inc. shall be responsible for the labor to maintain the towel dispensers. Smithfield shall be responsible for maintenance parts for the towel dispensers.

- Inspect reusable PPE items and redistribute if approved

- Launder cut and cotton gloves

- Monitor and control inventory being dispersed through laundry room to Smithfield associates. Any shortages exceeding $500.00 per month will be billed back to Dycos Services, Inc.

21

# BAILING DUTIES
### ALL ACTIVITIES ARE EXECUTED 3 SHIFTS PER DAY

- All bailing requirements will be performed by Dycos Staffing Associates as a separate contract and will be managed by Smithfield Management.

- 1 Associate      1st Shift

- 2 Associates      2nd Shift

- 2 Associates      3rd Shift

# PALLET WASHING DUTIES
### ALL ACTIVITIES ARE EXECUTED 3 SHIFTS PER DAY

- All pallet washing requirements will be performed by Dycos Staffing Associates as a separate contract and will be managed by Smithfield Management.

- 4 Associates      1st Shift
- 3 Associates      2nd Shift
- 3 Associates      3rd Shift

22

# PALLET WEIGHING DUTIES
## ALL ACTIVITIES ARE EXECUTED 3 SHIFTS PER DAY

- All pallet weighing requirements will be performed by Dycos Staffing Associates as a separate contract and will be managed by Smithfield Management.

- 2 Associates          Each Shift (1st,2nd,3rd)

23

# JOB SPECIFICATIONS

## FLOOR SCRUBBING DUTIES

### THREE TIMES PER WEEK:

- Scrub floors in big and small cafeterias, big and small locker rooms and main hallway

- Degrease stairway leading to big locker rooms, cafeteria and main hallway on third floor

### ONCE PER MONTH:

- Scrub floors in box room

## MISCELLANEOUS DUTIES

### TWICE PER 24 HOURS:

- Wash down tow (2) concrete lanes in blood lot (Smithfield will provide equipment)

### ONE PER MONTH:

- Conduct USDA mandated locker room clean up

24

# JOB SPECIFICATIONS

## SMOKING LOCATIONS

### ONCE PER 24 HOURS:

- Empty smoking receptacles, wiping off tops

- Spot clean seating area

- Sweep floor

- Spot mop floor

# JOB SPECIFICATIONS

## WATER FOUNTAINS

### ONCE PER 24 HOURS:

- Scrub clean water fountains

- Clean and mop around water fountains

- Clean wall around water fountains

26

## FLOOR STRIPPING AND WAXING LOCATIONS

1. Conversion production offices

2. Cut production offices

3. Kill production offices

4. Mid-floor classroom

5. Mid-floor labs

6. Mid-floor QA offices

7. Export office

8. Transportation offices

9. Shipping offices

10. Waste water

11. Livestock

12. Fab shop

13. Purchasing offices

14. Payroll

15. Safety offices

16. Employment offices (classroom)

17. HR offices

18. Clinic

19. QA offices (front downstairs)

20. Worker's Comp

21. Showroom

22. Hallway

23. Steps

24. Rendering

November 1, 20123

# DYCOS SERVICES, INC.

# CONTRACT PRICING

# FOR

# THE SMITHFIELD PACKING COMPANY INCORPORATED "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

28

November 1, 2013

# DYCOS SERVICES, INC.

# SERVICES OFFERED

# FOR

# THE SMITHFIELD PACKING COMPANY
# INCORPORATED
# "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

29

# SERVICES OFFERED

**DYCOS GROUP**





## PLANT SERVICES

◊ **Janitorial**
◊ **Plant Utility**
◊ **Forklift Operation**
◊ **Equipment Cleaning**
◊ **Lawn Care**

## STAFFING

◊ **Semi-Skilled & Unskilled**
◊ **Skilled Trades**
◊ **Technical / Engineers**
◊ **Professional**
◊ **On-Site Staffing**

Case 7:22-cv-00184-BO-BM   Document 1-1   Filed 10/27/22   Page 33 of 43

# DYCOS STAFFING, INC.

# CONTRACT

# FOR

# THE SMITHFIELD PACKING COMPANY INCORPORATED "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

Pallet Wash

pricing sent 11/20/13

DYcos For all your Facility Cleaning and Staffing needs

# TABLE OF CONTENTS

PAGE

I.   GENERAL PROVISIONS ………………………………..   2

II.  JOB SPECIFICATIONS ……………………………….   12

III. CONTRACT PRICING ……………………………….   28

DYCOS

# DYCOS STAFFING, INC.

# GENERAL PROVISIONS

# FOR

# THE SMITHFIELD PACKING COMPANY INCORPORATED "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

DYCOS  For all your Facility Cleaning and Staffing needs

# GENERAL PROVISIONS

### A.   INSURANCE

Dycos Staffing, Inc. shall maintain, at its own expense, and will provide Smithfield Packing with insurance in accordance with the following limits:

| | |
|---|---|
| Workers Compensation | Statutory |
| Employer's Liability | $500,000 each accident |
| General Liability | $1 million each occurrence |
| | $2 million aggregate |

Each policy shall (i) be maintained with insurers with an A.M. Best rating of at least A-VIII and be reasonably acceptable to Company, (ii) provide that it cannot be cancelled or modified without thirty (30) days' advance written notice from the insurance company to Smithfield Packing,  (iii) be primary and noncontributory to any insurance maintained by Smithfield Packing, (iv) name Smithfield Packing as an additional insured under the general liability policy.   Original certificates of insurance evidencing such policies of insurance shall be delivered to Smithfield Packing prior to performing Services under this Agreement.   Failure to deliver such certificates or failure of Smithfield Packing to demand such certificates shall not be considered a waiver or excuse performance under this provision.   The liability of Dycos Staffing, Inc., as stated in the Agreement, is not limited by the scope or limits of any insurance policy or policies.

### B.   EQUIPMENT & SUPPLIES

Dycos Staffing, Inc. shall furnish all labor to perform contract specifications through Smithfield Management. Smithfield shall supply all equipment and supplies to perform contract duties.

### C.   CANCELLATION

This contract may be terminated upon ninety (90) days written notification by either party.  Dycos Staffing, Inc. reserves the right to terminate this contract for non-payment if Smithfield does not take corrective action within fifteen (15) days of notification of delinquency.

Case 7:22-cv-00184-BO-BM   Document   For all your Facility Cleaning and Staffing needs

# GENERAL PROVISIONS

**D.    CONTRACT PRICING**

All pricing is computed based upon a fifty-two (52) week per year invoicing service to include any and all paid holidays and vacation scheduling as they apply to the Smithfield personnel. Both parties agree that our pricing shall be subject to negotiation in the event legislation is enacted by local, state or federal government which pertains to minimum wage, social security, unemployment insurance, worker's compensation insurance or government mandated benefits, which increases Dycos Staffing, Inc. cost. Any other revisions shall be negotiated on the contract anniversary date of each year.

**E.    FEES**

Dycos Staffing, Inc. reserves the right to charge one (1) percent interest per month on past due invoices.

Dycos Staffing, Inc. reserves the right to recover any attorneys costs associated with the collection of past due invoices.

**F.    WORK WEEK**

Dycos Services, Inc. shall provide services to Smithfield based on a five (5) day service.

**G.    RENEWAL**

The term of this contract and any amendments shall be for one (1) year from the effective date of the original contract, with automatic renewal thereafter on a year to year basis unless otherwise noted.

**H.    IDENTIFICATION**

All employees will be furnished with lab coats, gloves and hard hats by Smithfield.

Dycos

For all your Facility Cleaning and Staffing needs

# GENERAL PROVISIONS

I. **SAFETY PRECAUTIONS & TRAINING**

Smithfield shall be responsible for instructing Dycos Staffing employees in appropriate safety measures as they apply by the requirements of Federal OSHA standards. Dycos Staffing, Inc. will also receive USDA training requirements and procedures from Smithfield EHS Department.

J. **EXTRA LABOR**

Additional labor requirements for duties not specifically covered in this contract can be furnished by Dycos Staffing, Inc. at a rate of current markup per hour for labor. Overtime hours could apply and will be charged accordingly.

K. **STAFFING**

All employees hired by Dycos Staffing, Inc. with prior Smithfield experience, cannot be placed at the facility without prior written approval from management of Smithfield .

L. **RETENTION**

In the event an employee of Dycos Staffing, Inc. is given consideration for a job at your location, we ask that a 30 day notification be submitted to Dycos Staffing, Inc. in order to fill the vacancy and meet the contract requirements.

M. **EMPLOYEE TESTING**

Dycos Staffing, Inc. shall drug test each of its employees according to Smithfield Management Substance Abuse Policy.

Case 7:22-cv-00184-BO-BM Document
Dycos
For all your facility cleaning and staffing needs

# GENERAL PROVISIONS

**N.**   **INDEMNITY**

Dycos Staffing, Inc. shall indemnify and hold harmless Smithfield, and its Officers, directors, employees, agents and representatives, together with their successors and assigns, against any loss, liability, damage or claim (including reasonable attorney's fees and other expenses) that arises from or is related to (a) breach of any representation, warranty, agreement or covenant contained in this Agreement by Dycos Staffing, Inc. or any of its officers, directors, employees, agents or representatives, or (b) the negligence or misconduct of Dycos Staffing, Inc. or any of its officers, directors, employees, agents or representatives. . The obligations of this provision shall survive termination and/or expiration of the Agreement.

**O.**   **COMPLIANCE**

Dycos Staffing, Inc. shall comply with all applicable federal, state and local laws, rules and regulations that may be required to perform Services hereunder, including, without limitation, those regarding business permits

# DYCOS STAFFING, INC.

# JOB SPECIFICATIONS

# FOR

# THE SMITHFIELD PACKING COMPANY INCORPORATED "SMITHFIELD"

# TAR HEEL

# NORTH CAROLINA

Dycos    For all your Temp, Cleaning and Staffing needs

November 1, 2013

# JOB SPECIFICATIONS

## BAILING DUTIES
### ALL ACTIVITIES ARE EXECUTED 3 SHIFTS PER DAY

- All bailing requirements will be performed by Dycos Staffing Associates as a separate contract and will be managed by Smithfield Management.

- 1 Associate      1st Shift

- 2 Associates      2nd Shift

- 2 Associates      3rd Shift

## PALLET WASHING DUTIES
### ALL ACTIVITIES ARE EXECUTED 3 SHIFTS PER DAY

- All pallet washing requirements will be performed by Dycos Staffing Associates as a separate contract and will be managed by Smithfield Management.

- 4 Associates      1st Shift
- 3 Associates      2nd Shift
- 3 Associates      3rd Shift

Case 7:22-cv-00184-BO-BM Document ... Dycos — For all your Facility Cleaning and Staffing needs

# PALLET WEIGHING DUTIES
## ALL ACTIVITIES ARE EXECUTED 3 SHIFTS PER DAY

- All pallet weighing requirements will be performed by Dycos Staffing Associates as a separate contract and will be managed by Smithfield Management.

- 2 Associates            Each Shift (1st, 2nd, 3rd)

Dycos    For all your Facility Cleaning and Staffing needs

Case 7:22-cv-00184-BO-BM   Document